938

No. 99–9869. ACIERTO *v.* MERIT SYSTEMS PROTECTION BOARD, 531 U. S. 848;

No. 00–833. LEHTO *v.* TEXAS, 531 U. S. 1126;

No. 00–6224. SIMPSON *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, 531 U. S. 1017;

No. 00–6582. ROSE *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 531 U. S. 1041;

No. 00–6659. STEELE *v.* BEARY ET AL., 531 U. S. 1084;

No. 00–6728. KILLICK *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 531 U. S. 1085;

No. 00–7056. PARROTT *v.* CALIFORNIA, 531 U. S. 1115;

No. 00–7131. IN RE UFOM, 531 U. S. 1068;

No. 00–7225. IN RE RICH, 531 U. S. 1068;

No. 00–7329. SEDGWICK *v.* FEDERAL DEPOSIT INSURANCE CORPORATION ET AL., 531 U. S. 1159;

No. 00–7366. GECE *v.* ATLANTIC CITY MEDICAL CENTER, 531 U. S. 1160;

No. 00–7500. NYHUIS *v.* UNITED STATES, 531 U. S. 1131; and

No. 00–7565. LAVENTURE *v.* FLORIDA, 531 U. S. 1132. Petitions for rehearing denied.

No. 00–893. MILTON *v.* JACKSON PUBLIC SCHOOLS, 531 U. S. 1127. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

MARCH 26, 2001

No. 99–1378. CIRCUIT CITY STORES, INC. *v.* AHMED. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Circuit City Stores, Inc.* v. *Adams, ante,* p. 105.

No. 99–1648. CIRCUIT CITY STORES, INC. *v.* INGLE. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Circuit City Stores, Inc.* v. *Adams, ante,* p. 105.

No. 00–426. CIRCUIT CITY STORES, INC. *v.* AL-SAFIN. C. A. 9th Cir. Certiorari granted, judgment vacated, and case re-